# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 17-30196
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
July 6, 2017

Lyle W. Cayce
Clerk

HOWARD ANTHONY BROWN,

      Plaintiff - Appellant

v.

NEW ORLEANS CITY; MICHAEL S. HARRISON, Superintendent of Police, New Orleans Police Department, in his official and individual capacities; LAWRENCE DUPREE, Commander of Seventh District, New Orleans Police Department, in his official and individual capacities; K. WILLIAMS, Lieutenant of Seventh District, New Orleans Police Department, in his official and individual capacities; MITCHELL J. LANDRIEU, Mayor of New Orleans, in his official and individual capacities; REBECCA H. DIETZ, Attorney for City of New Orleans, in her official and individual capacities; K. BALANCIER, Officer, in his official and individual capacity; ERIC ILLARMO, Officer, in his official and individual capacity; MARCUS MCNEIL, Officer, in his official and individual capacity; D. WARTER, Officer, in his official and individual capacity; M. SARTAIN, Officer, in his official and individual capacity; A. KELLY, Officer, in his official and individual capacity; D. MILLON, Officer, in his official and individual capacity; M. THOMPSON, Officer, in his official and individual capacity; M. HUNTER, Officer, in his official and individual capacity,

      Defendants - Appellees

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:16-CV-17080

Before REAVLEY, OWEN, and ELROD, Circuit Judges.

No. 17-30196

PER CURIAM:*

The judgment of the district court is affirmed.

That court has fully explained the reasons for dismissing the case. The pleading of the plaintiff fails to meet the legal requirements for a claim, lacking specifics for fault or injury to support a claim of constitutional violation.

The record shows a disregard of the law by the plaintiff and authorized conduct by the officer to deal with the circumstances.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.